# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 374 EAL 2015
                                :
Respondent                      :
                                :   Petition for Allowance of Appeal from
                                :   the Order of the Superior Court
v.                              :
                                :
                                :
QUINTON BRIGHT,                 :
                                :
Petitioner                      :

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of November, 2015, the Petition for Allowance of Appeal is **DENIED**.